EVA SCHWARTZ, Respondent, v. MARIE COLLE, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $2,646.20; in which event the judgment as so modified and the order appealed from are affirmed,

without costs. No opinion. Settle order on notice. Present — Dowling, Finch, McAvoy, Martin and Burr, JJ.; Martin, J., dissents and votes for reversal.